IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MONTGOMERY CARL AKERS,**
**Inmate #02866-081,**

      Petitioner,

                                     No. 11-cv-00103-DRH

vs.

**LISA J.W. HOLLINGSWORTH,**

      Respondent.

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                                    BY: s/ *Tanya Kelley*
                                       **Deputy Clerk**

Dated: September 21, 2011

Digitally signed by David R. Herndon
Date: 2011.09.21 11:39:00 -05'00'

APPROVED:
         CHIEF JUDGE
         U.S. DISTRICT COURT